√#3014  #129344
FILED
2011 MAR 10 PM 2:34
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: RONALD L. KAUFFMAN  Case No. 07-34618
GWEN A. KAUFFMAN

Debtor(s).  Judge RICHARD L. SPEER

## TRANSMITTAL OF UNCLAIMED FUNDS

Douglas A. Dymarkowski, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the payees to whom such unnegotiated checks were issued, the amount of such checks and their last known addresses are:

| Check Number | Payee | Amount |
|---|---|---|
| 3005 | Promedica<br>P.O. Box 2804<br>Toledo, OH 43606 | $13.12 |

2. Your trustee's check for $13.12 payable to the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Respectfully submitted,

/s/Douglas A. Dymarkowski
Douglas A. Dymarkowski, Trustee
5431 Main Street
Sylvania, Ohio 43560
(419) 882-4999